AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Peter C. | U.S. District Court, Southern District of California | 02/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT/recalled) | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final | 01/01/2020<br>**to**<br>01/01/2021 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Courthouse
333 W. Broadway
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Account #1 (H) | | | | | | | | | |
| 2. Axos Bank Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 3. JP Morgan US Govt Money Market Fund (cash equivalent) | A | Interest | J | T | | | | | |
| 4. Abbvie Inc (ABBV) | C | Dividend | K | T | | | | | |
| 5. Air Products & Chemicals Inc (APD) | B | Dividend | L | T | | | | | |
| 6. Apple Inc (AAPL) | A | Dividend | M | T | Buy (add'l) | 04/27/20 | K | | |
| 7. Automatic Data Processing (ADP) | B | Dividend | L | T | | | | | |
| 8. Boeing Co (BA) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 9. CNX Midstream Partners (CNXM) | B | Dividend | | | Sold | 04/27/20 | K | | |
| 10. Coca-Cola Company (KO) | A | Dividend | K | T | Buy | 03/23/20 | K | | |
| 11. Community Trust Bancorp Inc (CTBI) | B | Dividend | K | T | | | | | |
| 12. DCP Midstream Lp Cuml Redeem PFD Ser B (DCPB) | | None | K | T | Buy | 07/17/20 | K | | |
| 13. Digital Realty Trust (DLR) | B | Dividend | L | T | | | | | |
| 14. FedEx Corp (FDX) | A | Dividend | L | T | | | | | |
| 15. Huntington Bancshares Inc (HBAN) | B | Dividend | K | T | | | | | |
| 16. Johnson & Johnson (JNJ) | B | Dividend | K | T | | | | | |
| 17. Kimberly Clark Corp (KMB) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Marriott Intl Inc (MAR) | A | Dividend | | | Sold | 03/23/20 | K | | |
| 19. McDonalds Corp (MCD) | B | Dividend | L | T | | | | | |
| 20. Medtronic PLC (MDT) | B | Dividend | K | T | | | | | |
| 21. Microsoft Corp (MSFT) | B | Dividend | M | T | Buy (add'l) | 04/27/20 | K | | |
| 22. Price T Rowe Group (TROW) | B | Dividend | L | T | Buy | 04/27/20 | K | | |
| 23. PBF Logistics Ltd Partnership (PBFX) | | None | | | Sold | 04/27/20 | K | | |
| 24. Realty Income Corp (O) | B | Dividend | K | T | | | | | |
| 25. Southern Company (SO) | C | Dividend | L | T | | | | | |
| 26. Starbucks Corp (SBUX) | A | Dividend | L | T | | | | | |
| 27. Store Capital Corp (STOR) | C | Dividend | L | T | Buy (add'l) | 03/23/20 | J | | |
| 28. Teekay LNG Partners Lp Units Ser B (TGP) | A | Dividend | K | T | Buy | 07/17/20 | K | | |
| 29. Tallgrass Energy Ltd Partnership (TGE) | | None | | | Sold | 02/21/20 | L | B | |
| 30. Tyson Foods Inc (TSN) | B | Dividend | L | T | | | | | |
| 31. Ventas Inc (VTR) | B | Dividend | | | Sold | 07/17/20 | K | | |
| 32. WP Carey Inc (WPC) | C | Dividend | L | T | | | | | |
| 33. Walt Disney Co Hldg Co (DIS) | | None | L | T | Buy | 02/21/20 | K | | |
| 34. Welltower Inc (WELL) | A | Dividend | | | Sold | 07/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  3M Company (MMM) | B | Dividend | K | T | | | | | |
| 36.  Enterprise Products (EPD) | | None | K | T | | | | | |
| 37.  Holly Energy Partners (HEP) | B | Dividend | | | Sold | 04/27/20 | K | | |
| 38.  MPLX Ltd Partnership (MPLX) | | None | | | Sold | 04/27/20 | K | | |
| 39.  Account #2 (H) | | | | | | | | | |
| 40.  Abbvie Inc (ABBV) (X) | A | Dividend | J | T | | | | | |
| 41.  Air Products & Chemicals (APD) | A | Dividend | J | T | | | | | |
| 42.  Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 43.  Automatic Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 44.  Community Trust Bancorp Inc (CTBI) (Y) | | | | | | | | | |
| 45.  Digital Realty Trust Inc (DLR) | A | Dividend | J | T | | | | | |
| 46.  FedEx Corp (FDX) (X) | A | Dividend | J | T | | | | | |
| 47.  Huntington Bancshares Inc (HBAN) (Y) | | | | | | | | | |
| 48.  Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 49.  Marriott Intl Inc (MAR) (Y) | | | | | | | | | |
| 50.  McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 51.  Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 53.   Price T Rowe Group (TROW) (X) | A | Dividend | J | T | | | | | |
| 54.   PBF Logistics Ltd Partnership (PBFX) (Y) | | | | | | | | | |
| 55.   Realty Income Corp (O) | A | Dividend | J | T | | | | | |
| 56.   Southern Company (SO) | A | Dividend | J | T | | | | | |
| 57.   Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 58.   Store Capital Corp (STOR) | A | Dividend | J | T | | | | | |
| 59.   Tyson Foods Inc (TSN) (X) | | None | J | T | | | | | |
| 60.   Tallgrass Energy Ltd Part (TGE) | | None | | | Sold | 02/21/20 | J | | |
| 61.   WP Carey Inc (WPC) | A | Dividend | J | T | | | | | |
| 62.   Welltower Inc (HCN) (Y) | | | | | | | | | |
| 63.   Enterprise Products (EPD) (Y) | | | | | | | | | |
| 64.   Account #3 (H) | | | | | | | | | |
| 65.   Morgan Stanley Sweep Account (cash) (Y) | | | | | | | | | |
| 66.   Account #4 (H) | | | | | | | | | |
| 67.   LPL Financial (cash) | A | Interest | N | T | | | | | |
| 68.   Abbott Labs (ABT) | | None | L | T | Buy | 10/30/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Abbvie Inc (ABBV) | A | Dividend | L | T | Buy<br>(add'l) | 10/30/20 | K | | |
| 70. Air Products & Chemicals (APD) | A | Dividend | M | T | Buy<br>(add'l) | 11/16/20 | L | | |
| 71. Alphabet Inc CL A (GOOGL) | | None | L | T | Buy | 10/30/20 | K | | |
| 72. Amazon Com Inc (AMZN) | | None | L | T | Buy | 10/30/20 | L | | |
| 73. Apple Inc (AAPL) | A | Dividend | M | T | Buy<br>(add'l) | 10/30/20 | L | | |
| 74. AT&T Inc (T) | | None | K | T | Buy | 10/30/20 | K | | |
| 75. Automatic Data Processing (ADP) | A | Dividend | K | T | | | | | |
| 76. Bristol Myers Squibb Co (BMY) | | None | K | T | Buy | 10/30/20 | K | | |
| 77. Carrier Global Corp (CARR) | A | Dividend | K | T | Buy | 10/30/20 | J | | |
| 78. Boeing (BA) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 79. CNX Midstream Partners (CNXM) | | None | | | Sold | 04/27/20 | J | | |
| 80. Coca-Cola Company (KO) | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 81. Chevron Corp (CVX) | B | Dividend | M | T | Buy<br>(add'l) | 10/30/20 | L | | |
| 82. Community Trust Bancorp (CTBI) | A | Dividend | K | T | | | | | |
| 83. Costco Wholesale Corp (COST) | C | Dividend | M | T | Buy | 11/16/20 | M | | |
| 84. Crown Castle Intl Corp (CCI) | A | Dividend | L | T | Buy | 10/30/20 | K | | |
| 85. DCP Midstream Lp Cuml Redeem PFD Ser B (DCP) | | None | J | T | Buy | 07/17/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Digital Realty Trust (DLR) | A | Dividend | J | T | | | | | |
| 87.  Dominion Energy Inc (D) | | None | K | T | Buy | 10/30/20 | K | | |
| 88.  Exxon Mobil (XOM) | B | Dividend | | | Buy | 10/30/20 | L | | |
| 89. | | | | | Sold | 11/16/20 | L | | |
| 90.  FedEx Corp (FDX) | A | Dividend | K | T | | | | | |
| 91.  General Electric (GE) | | None | | | Buy | 10/30/20 | K | | |
| 92. | | | | | Sold | 11/16/20 | L | | |
| 93.  General Mills (GIS) | | None | K | T | Buy | 10/30/20 | K | | |
| 94.  Glaxosmithkline PLC ADS (GSK) | | None | J | T | Buy | 10/30/20 | J | | |
| 95.  Honeywell International Inc (HON) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 96.  Huntington Bancshares (HBAN) | A | Dividend | J | T | | | | | |
| 97.  Intel Corp (INTC) | A | Dividend | L | T | Buy | 10/30/20 | K | | |
| 98.  Johnson & Johnson (JNJ) | B | Dividend | M | T | Buy<br>(add'l) | 10/30/20 | L | | |
| 99.  Kimberly Clark Corp (KMB) | A | Dividend | K | T | | | | | |
| 100.  Kinder Morgan Energy Partners (KMI) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 101.  Marriott Intl (MAR) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 102.  McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Medtronic PLC (MDT) | A | Dividend | K | T | | | | | |
| 104.  Merck & Co Inc New Com (MRK) | | None | L | T | Buy | 10/30/20 | L | | |
| 105.  Microsoft Corp (MSFT) | A | Dividend | K | T | Buy (add'l) | 04/27/20 | J | | |
| 106.  Nextera Energy (NEE) | | None | M | T | Buy | 10/30/20 | K | | |
| 107. | | | | | Buy (add'l) | 11/04/20 | M | | |
| 108.  Otis Worldwide Corp (OTIS) | | None | J | T | Buy | 10/30/20 | J | | |
| 109.  Pepsico Inc NC (PEP) | | None | L | T | Buy | 10/30/20 | L | | |
| 110.  Philip Morris Intl Inc (PM) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 111.  Phillips 66 (PSX) | | None | J | T | Buy | 10/30/20 | J | | |
| 112.  PPL Corp (PPL) | | None | J | T | Buy | 10/30/20 | J | | |
| 113.  Price T Rowe Group (TROW) | A | Dividend | K | T | Buy | 04/27/20 | K | | |
| 114.  Procter & Gamble Co (PG) | | None | L | T | Buy | 10/30/20 | L | | |
| 115.  Raytheon Technologies Corp (RTX) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 116.  PBF Logistics Ltd Partnership (PBFX) | | None | | | Sold | 04/27/20 | J | | |
| 117.  Realty Income Corp (O) | A | Dividend | K | T | Buy (add'l) | 11/16/20 | K | | |
| 118.  Southern Company (SO) | A | Dividend | K | T | | | | | |
| 119.  Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Store Capital Corp (STOR) | A | Dividend | L | T | Buy (add'l) | 03/23/20 | J | | |
| 121. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 122. Teekay LNG Partners Lp Units Ser B (TGP) | A | Dividend | J | T | Buy | 07/17/20 | J | | |
| 123. Tallgrass Energy Ltd Partnership (TGE) | | None | | | Sold | 02/21/20 | J | A | |
| 124. Tyson Foods Inc (TSN) | A | Dividend | K | T | | | | | |
| 125. Union Pacific Corp (UNP) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 126. Verizon Communications (VZ) | | None | L | T | Buy | 10/30/20 | L | | |
| 127. Visa Inc Cl A (V) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 128. Vodafone Group PLC (VOD) | | None | J | T | Buy | 10/30/20 | J | | |
| 129. Ventas Inc (VTR) | A | Dividend | | | Sold | 07/17/20 | J | | |
| 130. WP Carey Inc (WPC) | A | Dividend | K | T | Buy (add'l) | 11/16/20 | K | | |
| 131. Wabtec Corp (WAB) | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 132. Walt Disney Co Hldg Co (DIS) | | None | M | T | Buy | 02/21/20 | J | | |
| 133. | | | | | Buy (add'l) | 10/30/20 | L | | |
| 134. Wells Fargo & Co (WFC) | A | Dividend | | | Buy | 10/30/20 | M | | |
| 135. | | | | | Sold | 11/16/20 | M | | |
| 136. Welltower Inc (HCN) | A | Dividend | K | T | Buy (add'l) | 10/30/20 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. 3M Company (MMM) | A | Dividend | K | T | | | | | |
| 138. Invesco Muni Income Y (VMIX) | A | Dividend | M | T | Buy | 10/30/20 | M | | |
| 139. Pimco Enhanced Short Maturity Active ETF (MINT) | A | Dividend | L | T | Buy | 10/30/20 | L | | |
| 140. Vanguard Short Term Bond EFT (BSV) | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 141. BAC Fixed to Floating Rate Note Based on CPI 3.74 (06048WFM7) | A | Interest | K | T | Buy | 10/30/20 | K | | |
| 142. MS Floating Rate Note Based on US CPI (61745E5R8) | A | Interest | J | T | Buy | 01/30/20 | J | | |
| 143. MS Floating Rate Note Based on US CPI (61745E7K1) | A | Interest | J | T | Buy | 10/30/20 | J | | |
| 144. United States Treasury Note 2.25% 03/31/2021 (912828C57) | | None | L | T | Buy | 10/30/20 | L | | |
| 145. United States Treasury Note 2.0% 11/15/2021 (912828RR3) | A | Interest | M | T | Buy | 10/30/20 | M | | |
| 146. United States Treasury Note 2.0% 02/15/2022 (912828SF8) | | None | M | T | Buy | 10/30/20 | M | | |
| 147. California St Pub Wks Brd Lease Re OID 3.12% 10/01/2033 (13068LD77) | | None | L | T | Buy | 10/30/20 | L | | |
| 148. Concord Calif Watewater Rev Ref (206150AN4) | | None | K | T | Buy | 10/30/20 | K | | |
| 149. Hesperia Calif JT Pub Fin Auth Lease Re OID 10/1/2027 (42806HAQ3) | | None | K | T | Buy | 10/30/20 | K | | |
| 150. Hilmar Calif Uni Sch Dis OID 8/01/2028 (43279CB9) | | None | K | T | Buy | 10/30/20 | K | | |
| 151. Lynwood Calif Uni Sch Dist Ctfs Partn Rev Ref 3.0% 8/1/32 (551802CW9) | | None | K | T | Buy | 10/30/20 | K | | |
| 152. Maricopa Cnty Ariz Sch Dist NO 4 Mesa UN (566897VH4) | | None | L | T | Buy | 10/30/20 | L | | |
| 153. Maricopa Cnty AZ Sch Dist 065 Littleton Sch Impt SerA (567320GH3) | | None | K | T | Buy | 10/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Santa Ana Coll Impt Dist 1 Rancho Santi SerA 3.0% 8/1/2032 (801181AT5) | | None | L | T | Buy | 10/30/20 | L | | |
| 155. Yuma & La Paz Cnty Ariz Cmnty Coll StRef 07/01/2025 (988505FZ1) | | None | J | T | Buy | 10/30/20 | J | | |
| 156. Yuma Cnty Ariz Free Libr Dist Ref (988589CK1) | | None | K | T | Buy | 10/30/20 | K | | |
| 157. First National BK (cash) | A | Interest | L | T | Open | 10/30/20 | L | | |
| 158. Sychrony 2400 (cash) | | None | L | T | Open | 10/30/20 | L | | |
| 159. Holly Energy Partners (HEP) | | None | | | Sold | 04/27/20 | J | | |
| 160. MPLX Ltd Partnership (MPLX) | | None | | | Sold | 04/27/20 | J | | |
| 161. Energy Transfer LP Com UT Ltd (ET) | | None | K | T | Buy | 10/30/20 | K | | |
| 162. Enterprise Products Partners (EPD) | | None | K | T | Buy (add'l) | 10/30/20 | K | | |
| 163. Plains All American (PAA) | | None | J | T | Buy | 10/30/20 | J | | |
| 164. Western Midstream Partners L P (WES) | A | Dividend | | | Buy | 10/30/20 | J | | |
| 165. | | | | | Sold | 11/16/20 | K | | |
| 166. Account #5 (H) | | | | | | | | | |
| 167. Morgan Stanley Sweep Account (cash) (Y) | | | | | | | | | |
| 168. Abbott Labs (ABT) | A | Dividend | | | Sold | 10/30/20 | L | | |
| 169. Abbvie Inc. (ABBV) | B | Dividend | | | Sold | 10/30/20 | L | | |
| 170. Alphabet Inc CL A (GOOGL) | | None | | | Buy (add'l) | 01/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/30/20 | K | | |
| 172. Amazon Com Inc (AMZN) | | None | | | Sold | 10/30/20 | L | | |
| 173. Apple Inc (AAPL) | A | Dividend | | | Sold | 10/30/20 | L | | |
| 174. AT&T Inc (T) | B | Dividend | | | Sold | 10/30/20 | K | | |
| 175. Bristol Myers Squibb Co (BMY) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 176. Carrier Global Corporation (CARR) (X) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 177. Chevron (CVX) | D | Dividend | | | Sold | 10/30/20 | L | | |
| 178. Crown Castle Intl Corp (CCI) | B | Dividend | | | Sold | 10/30/20 | L | | |
| 179. Dominion Res Inc (D) | B | Dividend | | | Sold | 10/30/20 | K | | |
| 180. Energy Transfer LP Com UT Ltd (ET) | B | Dividend | | | Sold | 10/30/20 | K | | |
| 181. Enterprise Prod Prtners LP (EPD) | | None | | | Sold | 10/30/20 | K | | |
| 182. Exxon Mobil (XOM) | D | Dividend | | | Sold | 10/30/20 | L | | |
| 183. General Electric (GE) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 184. General Mills (GIS) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 185. Glaxosmithkline PLC ADS (GSK) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 186. Honeywell International Inc (HON) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 187. Intel Corp (INTC) | A | Dividend | | | Sold | 10/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Johnson & Johnson (JNJ) | B | Dividend | | | Sold | 10/30/20 | L | | |
| 189.  Kinder Morgan Energy Partners (KMI) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 190.  Merck & Co Inc New Com (MRK) | B | Dividend | | | Sold | 10/30/20 | L | | |
| 191.  Nextera Energy (NEE) | B | Dividend | | | Sold (part) | 10/30/20 | K | | |
| 192. | | | | | Sold | 11/04/20 | M | | |
| 193.  Otis Worldwide Corp (OTIS) (X) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 194.  Pepsico Inc NC (PEP) | A | Dividend | | | Sold | 10/30/20 | L | | |
| 195.  Philip Morris Intl Inc (PM) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 196.  Phillips 66 (PSX) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 197.  Plains All American (PAA) | | None | | | Sold | 10/30/20 | J | | |
| 198.  PPL Corp (PPL) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 199.  Procter & Gamble Co (PG) | A | Dividend | | | Sold | 10/30/20 | L | | |
| 200.  Union Pacific Corp (UNP) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 201.  United Technologies Corp (UTX) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 202.  Verizon Communications (VZ) | B | Dividend | | | Sold | 10/30/20 | L | | |
| 203.  Visa Inc Cl A (V) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 204.  Vodafone Group PLC (VOD) | A | Dividend | | | Sold | 10/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Wabtec Corp (WAB) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 206. Walt Disney Co Hldg Co (DIS) | | None | | | Sold | 10/30/20 | L | | |
| 207. Wells Fargo & Co (WFC) | D | Dividend | | | Sold | 10/30/20 | M | | |
| 208. Welltower Inc (WELL) | A | Dividend | | | Sold | 10/30/20 | K | | |
| 209. Western Midstream Partners L P (WES) | | None | | | Sold | 10/30/20 | J | | |
| 210. Pimco Enhanced Short Maturity Active ETF (MINT) | A | Dividend | | | Buy | 07/28/20 | L | | |
| 211. | | | | | Sold | 10/30/20 | L | | |
| 212. Vanguard Short Term Bond EFT (BSV) | A | Dividend | | | Buy | 02/28/20 | K | | |
| 213. | | | | | Sold | 10/30/20 | K | | |
| 214. Maricopa Cnty AZ Sch Dist 065 Littleton Sch Impt SerA (567320GH3) | A | Interest | | | Sold | 10/30/20 | K | | |
| 215. Maricopa Cnty Ariz Sch Dist NO 4 Mesa UN (566897VH4) | A | Interest | | | Sold | 10/30/20 | K | | |
| 216. Concord Calif Watewater Rev Ref (206150AN4) | A | Interest | | | Sold | 10/30/20 | K | | |
| 217. Yuma & La Paz Cnty Ariz Cmnty Coll StRef 07/01/2025 (988505FZ1) | A | Interest | | | Sold | 10/30/20 | J | | |
| 218. Yuma Cnty Ariz Free Libr Dist Ref (988589CK1) | A | Interest | | | Sold | 10/30/20 | K | | |
| 219. Hesperia Calif JT Pub Fin Auth Lease Re OID 10/1/2027 (42806HAQ3) | A | Interest | | | Sold | 10/30/20 | K | | |
| 220. Hilmar Calif Uni Sch Dis OID 8/01/2028 (43279CB9) | A | Interest | | | Sold | 10/30/20 | K | | |
| 221. Santa Ana Coll Impt Dist 1 Rancho Santi SerA 3.0% 8/1/2032 (801181AT5) | A | Interest | | | Sold | 09/30/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Lynwood Calif Uni Sch Dist Ctfs Partn Rev Ref 3.0% 8/1/32 (551802CW9) | A | Interest | | | Sold | 10/30/20 | K | | |
| 223. California St Pub Wks Brd Lease Re OID 3.0% 10/01/2032 (13068LD77) | B | Interest | | | Sold | 10/30/20 | L | | |
| 224. BAC Fixed to Floating Rate Note Based on CPI 3.46 (06048WCC2) | A | Interest | | | Redeemed | 05/28/20 | K | | |
| 225. BAC Fixed to Floating Rate Note Based on CPI 3.74 (06048WFM7) | A | Interest | | | Sold | 10/30/20 | K | | |
| 226. MS Floating Rate Note Based on US CPI (61745E5R8, 61745E7K1) | A | Interest | | | Sold | 10/30/20 | J | | |
| 227. United States Treasury Note 2.5% 06/30/2020 (912828XY1) | A | Interest | | | Redeemed | 06/30/20 | L | | |
| 228. United States Treasury Note 2.5% 03/31/2021 (912828C57) | B | Interest | | | Sold | 10/30/20 | L | | |
| 229. United States Treasury Note 2.0% 11/15/2021 (912828RR3) | A | Interest | | | Sold | 10/30/20 | M | | |
| 230. United States Treasury Note 2.0% 02/15/2022 (912828SF8) | A | Interest | | | Buy | 01/10/20 | M | | |
| 231. | | | | | Sold | 10/30/20 | M | | |
| 232. First National BK (cash) | A | Interest | | | Closed | 10/30/20 | L | | |
| 233. Sychrony 2400 (cash) | A | Interest | | | Closed | 10/30/20 | L | | |
| 234. Invesco Muni Income Y (VMIX) | C | Dividend | | | Sold | 10/29/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 02/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Lewis**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544